UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNEST CHARLES ALDRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE DAVID HARDY, et al.,<br><br>Defendants. | Case No. 3:13-cv-00533-MMD-WGC<br><br>ORDER |

On September 27, 2013, Petitioner Ernest Charles Aldridge filed a Petition for Administrative Review and Ruling. (Dkt. no. 2.) Mr. Aldridge seeks this Court's review of the arrest of Shaunna Dodd, who he describes as a member of his household, and a determination of its lawfulness. (*Id.* at 2.) Mr. Aldridge also requests a determination of whether Ms. Dodd was denied a speedy trial. (*Id.*)

Mr. Aldridge cites no administrative decision that he seeks this Court's review of nor any statue or case law indicating that a petition for administrative review is an appropriate mechanism for relief in this case. Moreover, the Court does not have jurisdiction to provide the relief that Mr. Aldridge appears to request–administrative review of the decisions to arrest Ms. Dodd and deny her a speedy trial. It is therefore ordered that this case is dismissed with prejudice. The Clerk shall close this case.

DATED THIS 18th day of November 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE